1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10
    HOWARD TENZER,                        )      Case No. 2:18-cv-00446-JAD-NJK
11                                         )
                        Plaintiff(s),      )      ORDER
12                                         )
    v.                                     )      (Docket No. 1-2)
13                                         )
    CHAUNCEY MOORE, et al.,                )
14                                         )
                        Defendant(s).      )
15  _____   )

16          All documents filed with this Court must abide by the redaction requirements for personal

17  identifiers.  Local Rule IC 6-1(a).  Some of the documents filed in this case comply with the redaction

18  requirements and some do not.  *Compare* Docket No. 1 (caption using initials of minor) *with* Docket No.

19  2 (caption providing full name of minor).  Accordingly, the Court hereby **SEALS** Docket Nos. 1-2 and

20  all exhibits thereto.  The Court further **ORDERS** Defendant Minnesota Life Insurance Company to file

21  versions of those documents on the public docket with redactions to any and all personal identifying

22  information within 7 days of the issuance of this order.[1]  The Clerk's Office is also **INSTRUCTED** to

23  remove the minor's full name from the docket, and to replace it with the initials A.T.

24
    _____
25
          [1] The Court declines to identify for Defendant all instances of necessary redaction.  *Cf.* Local Rule
26  IC 6-1(c).  The Court notes that, at a minimum, the minor's full name and birth date, which currently appear
    in the filings, must be redacted.  *See, e.g.*, Docket No. 1-3 at 8.  Counsel must carefully review the materials
27  that have been filed and ensure that all instances of personal identifiers are redacted as required by the local
    rules.
28

**The Court expects strict compliance with Local Rule IC 6-1 moving forward.**

IT IS SO ORDERED.

DATED: March 13, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge