# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HOWARD TENZER, | Case No. 2:18-cv-00446-JAD-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket Nos. 11-12) |
| CHAUNCEY MOORE, et al., | |
| Defendant(s). | |

The Court has already ordered that the parties redact personal identifiers in this case, including using initials for the minor involved. Docket No. 7 (addressing Local Rule IC 6-1(a)). Defendant Chauncey Moore has now filed papers using the full name of the minor in violation of the local rules and the Court's order. Docket Nos. 11, 12. Those filings are hereby **STRICKEN**. Defendant Moore shall refile those documents with proper redactions.

The Court repeats that it **expects strict compliance with Local Rule IC 6-1 moving forward. FAILURE TO COMPLY MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

DATED: March 20, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge