1   JEROME R. BOWEN, ESQ.
    Nevada Bar No.4540
2   **BOWEN LAW OFFICES**
    9960 W. Cheyenne Ave., Suite 250
3   Las Vegas, Nevada 89129
    Telephone: (702)240-5191✦Facsimile: (702) 240-5797
4   twilcox@lvlawfirm.com
    *Attorneys for Plaintiff*

5

6                    **UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF NEVADA**

8                                * * *

9
    HOWARD TENZER; Legal Guardian for        Case No.: 2:18-cv-00446-JAD-NJK
10  Austin Tenzer,

11                    Plaintiff,

12  vs.                                        ECF No. 29

13  CHAUNCEY MOORE, an individual;
    MINNESOTA LIFE INSURANCE
14  COMPANY, a foreign corporation; DOES I
    through X, inclusive; and ROE
15  CORPORATIONS, I through X, inclusive,

16
                      Defendants.
17

18

19  **STIPULATION AND ORDER EXTENDING THE TIME TO FILE OPPOSITION TO
    DEFENDANT MINNESOTA LIFE INSURANCE COMPANY'S MOTION FOR
20                          SUMMARY JUDGMENT**
                             **(First Request)**
21

22          The Parties have stipulated to give Plaintiff a two (2) week extension of time to file the

23  Opposition to Defendant Minnesota Life Insurance Company's Motion for Summary Judgment

24  (ECF No. 26) in this matter.  The reasons supporting this stipulation are as follows:  Plaintiff's

25  counsel will be traveling out of town conducting out of state meetings and depositions. The Plaintiff

26  wishes to provide the Court a complete outline of facts and issues.

27

**BOWEN LAW OFFICES**
Conquistador Plaza
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
702-240-5191 FAX: 702-240-5797

The Parties request a two (2) week extension of time, up to and including, December 10, 2018, for Plaintiff to file his Opposition. This is the first extension of time requested by the Parties related to this Motion (ECF No. 26).

IT IS STIPULATED AND AGREED by and between the parties that Plaintiff shall have up to and including December 10, 2018, to file its Opposition to Defendant Minnesota Life Insurance Company's Motion for Summary Judgment (ECF No. 26).

Dated this 26<u>th</u> day of November, 2018.          Dated this 26th day of November, 2018.


/s/ Jerome R. Bowen, Esq.                              /s/ Todd D. Erb, Esq.
JEROME R. BOWEN, ESQ.                                  Todd D. Erb, Esq.
Nevada Bar No. 4540                                    Nevada Bar No. 12203
BOWEN LAW OFFICES                                      LEWIS ROCA ROTHGERBER
9960 W. Cheyenne Avenue, Suite 250                     CHRISTIE LLP
Las Vegas, Nevada 89129                                3993 Howard Hughes Parkway, Suite 600
Attorneys for Plaintiff                                Las Vegas, Nevada 89169
                                                       Counsel for Defendant Minnesota Life

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 27, 2018

BOWEN LAW OFFICES
Conquistador Plaza
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
702-240-5191 FAX: 702-240-5797