JEROME R. BOWEN, ESQ.
Nevada Bar No.4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702)240-5191◆Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HOWARD TENZER; Legal Guardian for Austin Tenzer,<br><br>Plaintiff,<br><br>vs.<br><br>CHAUNCEY MOORE, an individual; MINNESOTA LIFE INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive; and ROE CORPORATIONS, I through X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00446-JAD-NJK |

**STIPULATION AND ORDER EXTENDING THE TIME TO FILE OPPOSITION TO DEFENDANT MINNESOTA LIFE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**
**(Second Request)**

The Parties have stipulated to give Plaintiff a one (1) week extension of time to file the Opposition to Defendant Minnesota Life Insurance Company's Motion for Summary Judgment (ECF No. 26) in this matter. The reasons supporting this stipulation are as follows: Plaintiff's counsel has been traveling out of town conducting out of state meetings and depositions. The Plaintiff wishes to provide the Court a complete outline of facts and issues.

BOWEN LAW OFFICES
Conquistador Plaza
9960 W. Cheyenne Ave, Suite 250
Las Vegas, Nevada 89129
702-240-5191  FAX: 702-240-5797

The Parties request a one (1) week extension of time, up to and including, December 17, 2018, for Plaintiff to file his Opposition. This is the second extension of time requested by the Parties related to this Motion (ECF No. 26).

IT IS STIPULATED AND AGREED by and between the parties that Plaintiff shall have up to and including December 17, 2018, to file its Opposition to Defendant Minnesota Life Insurance Company's Motion for Summary Judgment (ECF No. 26).

Dated this 10th day of December, 2018.          Dated this 10th day of December, 2018.

/s/ Jerome R. Bowen, Esq.                    /s/ Todd D. Erb, Esq.
JEROME R. BOWEN, ESQ.                        Todd D. Erb, Esq.
Nevada Bar No. 4540                          Nevada Bar No. 12203
BOWEN LAW OFFICES                            LEWIS ROCA ROTHGERBER
9960 W. Cheyenne Avenue, Suite 250           CHRISTIE LLP
Las Vegas, Nevada 89129                      3993 Howard Hughes Parkway, Suite 600
Attorneys for Plaintiff                      Las Vegas, Nevada 89169
                                             Counsel for Defendant Minnesota Life

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: December 11, 2018.