Todd D. Erb
Nevada State Bar No. 12203
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
E-mail: terb@lrrc.com

*Attorneys for Minnesota Life Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOWARD TENZER; Legal Guardian for A.T., <br><br>Plaintiff, <br><br>v. <br><br>CHAUNCEY MOORE, an individual; MINNESOTA LIFE INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive; and ROE CORPORATIONS, I through X, inclusive, <br><br>Defendants. | CASE NO. 2:18-CV-00446-JAD-NJK <br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** <br><br>**(First Request)** <br><br>ECF No. 34 |

The Parties have stipulated to give Defendant Minnesota Life Insurance Company an extension of time, up to and including January 14, 2019, in which to file its Reply in Support of Defendant's Motion for Summary Judgment. Defendant's Motion (Doc. 26) was filed on November 5, 2018, and Plaintiff's Response (Doc. 33) was filed on December 17, 2018. Defendant requested the extension of time to accommodate its counsel's dispositive motion deadlines in other cases (summary judgment briefs due in other matters on December 28th and January 4th), as well as pre-planned holiday travel plans.

IT IS STIPULATED AND AGREED by and between the parties that Defendant shall have up to and including January 14, 2019 to file its Reply In Support Of Its Motion for Summary Judgment (Doc. 26.)

106091294_1

DATED this 28th day of December, 2018.

| BOWEN LAW OFFICES | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| By: *s/ Jerome R. Bowen*<br>Jerome R. Bowen<br>Nevada State Bar No. 4540<br>Daniel P. Nubel<br>Nevada State Bar No. 13553<br>9960 W. Cheyenne Avenue, Suite 250<br>Las Vegas, NV 89129<br>*Attorneys for Plaintiff* | By: *s/ Todd D. Erb*<br>Todd D. Erb<br>Nevada State Bar No. 12203<br>E-mail: terb@lrrc.com<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-5996<br>Tel: 702.949-8200<br>*Attorneys for Minnesota Life Insurance Company* |

**ORDER**

Based on the parties' stipulation **[ECF No. 34]**, IT IS HEREBY ORDERED that the deadline to file the reply in support of the motion for summary judgment [ECF No. 26] is extended to January 14, 2019.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 28, 2018